ORIGINAL

Montgomeryind

1  LEONARDO M. RAPADAS
2  United States Attorney
   KARON V. JOHNSON
3  Assistant U.S. Attorney
   Suite 500, Sirena Plaza
4  108 Hernan Cortez
   Hagåtña, Guam  96910-5113
5  PHONE:  472-7332
   FAX:  472-7334
6
   Attorneys for the United States of America
7

FILED

DISTRICT COURT OF GUAM

NOV 15 2006  *2006* RSN*

MARY L.M. MORAN
CLERK OF COURT

8          IN THE UNITED STATES DISTRICT COURT

9              FOR THE DISTRICT OF GUAM

10

11  UNITED STATES OF AMERICA,           )    CRIMINAL CASE NO. 06-00055
                                        )
12                         Plaintiff,   )    **INDICTMENT**
                                        )
13            vs.                       )
                                        )    **ALIEN SMUGGLING**
14                                      )    [8 U.S.C. § 1324(a)(2)(B)(ii),
                                        )    18 U.S.C. § 2, and
15  BRETT MONTGOMERY HALSTEAD,          )    6 U.S.C. §§ 251 and 557]
                                        )
16                         Defendant    )
                                        )
17  ————————————————————————

18  THE GRAND JURY CHARGES:

19      On or about October 28, 2006, within the District of Guam and elsewhere, the defendant

20  herein, BRETT MONTGOMERY HALSTEAD, knowing or in reckless disregard of the fact that

21  aliens did not receive prior official authorization to come to, enter or reside in the United States,

22  did bring and attempt to bring to the United States five such aliens for the purpose of commercial

23  advantage and private financial gain, to-wit: Guo Ping Wei, Jin Xing Wang, and three other

24  //

25  //

26  //

27  //

28

1  unidentified aliens, by transporting them by boat from the Commonwealth of the Northern

2  Mariana Islands to Guam, in violation of Title 8, United States Code, §1324(a)(2)(B)(ii), Title

3  18, United States Code, § 2 and Title 6, United States Code, Sections 251 and 557.

4      Dated this __15th__ day of November, 2006.

5                                          A TRUE BILL.

6

7                                          IRENE S. MAFNAS
                                           Foreperson
8

9  LEONARDO M. RAPADAS
   United States Attorney
10 Districts of Guam and CNMI

11

12 By: _____
   KARON V. JOHNSON
13 Assistant U.S. Attorney

14

15 Reviewed:

16

17 JEFFREY J. STRAND
   First Assistant U.S. Attorney
18

19

20

21

22

23

24

25

26

27

28                                  - 2 -