**Criminal Case Cover Sheet**            **U.S. District Court**

**Place of Offense:**

City _____Hagåtña_____

Country/Parish _____

**Related Case Information:**

Superseding Indictment _____ Docket Number __06-00055__
Same Defendant _____ New Defendant __x__
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes ___ No _X_    Matter to be sealed: ___ Yes ___ No

Defendant Name ~~Halstead B.~~ BRENT Montgomery HALSTEAD

Alias Name _____

Address _____
_____
_____

Birthdate ___ SS# ___ Sex ___ Race _PI_ Nationality _Saipanese_

**U.S. Attorney Information:**

AUSA _____Karon V. Johnson_____

**Interpreter:** _X_ No ___ Yes   List language and/or dialect: _____

**RECEIVED**
NOV 15 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: __1__    ___ Petty ___ Misdemeanor _X_ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 8 USC 1324(a)(2)(B)(ii); 18 USC 2; 6 USC 251 & 557 | Alien Smuggling | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |

(May be continued on reverse)

Date: __11/14/06__   Signature of AUSA: _Karon V. Johnson_