# UNITED STATES DISTRICT COURT

DISTRICT OF     GUAM

UNITED STATES OF AMERICA
V.

**BRETT MONTGOMERY HALSTEAD**

## SUMMONS IN A CRIMINAL CASE

Case Number:    **CR-06-00055**

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| **District Court of Guam**<br>**4th Floor, U.S. Courthouse**<br>**520 West Soledad Avenue**<br>**Hagatna, Guam 96910** | **413** |
| Before:     **HONORABLE JOAQUIN V.E. MANIBUSAN, JR.** | Date and Time<br>**November 17, 2006 at 10:30 a.m.** |

To answer a(n)

[X] Indictment    [ ] Information    [ ] Complaint    [ ] Probation Violation Petition    [ ] Supervised Release Violation Petition    [ ] Violation Notice

Charging you with a violation of Title    **SEE BELOW**    United States Code, Section(s) _____

Brief description of offense:

8 U.S.C. § 1324(a)(2)(B)(ii), 18 U.S.C. § 2 and 6 U.S.C. §§ 251 and 557 - ALIEN SMUGGLING

**FILED**
DISTRICT COURT OF GUAM
NOV 16 2006
MARY L.M. MORAN
CLERK OF COURT

**VIRGINIA T. KILGORE, Deputy Clerk**
Name and Title of Issuing Officer

Signature of Issuing Officer

**November 15, 2006**
Date

ORIGINAL

# RETURN OF SERVICE

Service was made by me on:[1]     Date   11/16/06

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant at:

☑ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left: Person Is In Saipan. ICE Agent (Mike Hernandez) contacted and informed Defendant of Court Date & Time

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on   11/16/06     J. Salas
           Date                  Name of United States Marshal

(by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.