```
                                                         FILED
       IN THE UNITED STATES DISTRICT COURT        DISTRICT COURT OF GUAM
                      FOR THE                         DEC 20 2006
                 DISTRICT OF GUAM
                                                     MARY L.M. MORAN
                                                     CLERK OF COURT
```

UNITED STATES OF AMERICA,            )     CRIMINAL CASE NO. 06-00055-001
            Plaintiff,            )
                                  )
    vs.                       )     **VIOLATION REPORT**
                                  )
Brett Montgomery Halstead            )
            Defendant.            )
_____)

**Re:   Violation of Pretrial Release Conditions.**

      On November 17, 2006, Mr. Brett Montgomery Halstead made an Initial Appearance on an Indictment charging him with Alien Smuggling, in violation of 8 U.S.C. § 1324(a)(2)(B)(ii), 18 U.S.C. § 2, and 6 U.S.C. §§ 251 and 557. Federal Public Defender John Gorman was appointed to represent him and the case proceeded with arraignment. The defendant pled not guilty to the charge and a trial was set for January 15, 2007. The defendant was released on pretrial supervision with conditions to include: that he report to the U.S. Probation Office and U.S. Immigration and Customs Enforcement as directed; that he maintain or actively seek employment; that he not leave Guam or Saipan without permission of the Court; that he avoid all contact, directly or indirectly, with any persons who are or who may become a victim or potential witness in the subject investigation or prosecution, unless under the supervision of U.S. Immigration and Customs Enforcement; that he refrain from possessing a firearm, destructive device, or other dangerous weapon; that he refrain from excessive use of alcohol; that he refrain from use or unlawful possession of a narcotic drug or other controlled substances as defined in 21 U.S.C. § 802, unless prescribed by a license medical practitioner; that he submit to any method of testing required by the pretrial services officer or supervising officer for determining whether the defendant is using a prohibited substance; that he refrain from obstructing or attempting to obstruct to tamper, in any fashion, with the efficiency and accuracy of any prohibited


ORIGINAL

VIOLATION REPORT
Violation of Pretrial Release Conditions
Re: HALSTEAD, Brett Montgomery
USDC Cr. Cs. No. 06-00055-001
December 19, 2006
Page 2


substance testing or electronic monitoring which is required as a condition of release; and that he report as soon as possible, to the pretrial services office or supervising officer, any contact with any law enforcement personnel, including, but not limited to, any arrest, questioning, or traffic stop.

On November 29, 2006, the defendant admitted to this probation officer that he smoked marijuana on November 27, 2006. An Informational Report was prepared and submitted to the Court and the defendant was counseled regarding his drug use and the ramifications of future violations.

The defendant is alleged to have violated the following condition:

**Special Condition:** *The defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances as defined in 21 U.S.C. § 802, unless prescribed by a license medical practitioner.*

On December 7, 2006, the defendant reported to the U.S. Probation Office as instructed and submitted to urinalysis. The test was presumptive positive for amphetamines, methamphetamine, and marijuana. The defendant denied use and the specimen was packaged and sent to Scientific Testing Laboratories, Inc. for analysis. On December 14, 2006, the lab results were received and revealed that the defendant was positive for all three substances. He reported for a compliance meeting on December 19, 2006 at which time he was confronted about his positive drug test. The defendant adamantly denied the use of any illegal drugs. He admitted that on the evening of December 6, 2006, he was feeling depressed and ingested medication belonging to his deceased father. He stated that he was "high as a kite" from the pills, but does not know what he took. He stated that he believes he must have tested positive for "ice" because he was around people who were smoking it. He also stated that he never smokes "ice," and that his preferred method for taking it is through injection. He insisted that he has not taken any illegal drugs since November 27, 2006, when he smoked marijuana.

**Supervision Compliance:** There is no information that leads this Officer to believe that Mr. Halstead has violated the other conditions of release.

VIOLATION REPORT
Violation of Pretrial Release Conditions
Re: HALSTEAD, Brett Montgomery
USDC Cr. Cs. No. 06-00055-001
December 19, 2006
Page 3

**Recommendation:** Based on the defendant's denial of illicit drug use, and despite the laboratory results, and his admission of using controlled substances that were not prescribed to him, this Officer recommends that his pretrial release conditions be revoked.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: *[signature]*
MELINDA N. BRUNSON
U.S. Probation Officer

Reviewed by:

*[signature]*
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc: Karon Johnson, Assistant U.S. Attorney
John Gorman, Federal Public Defender
File