# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# CHANGE OF PLEA

CASE NO.: CR-06-00055          DATE: December 20, 2006

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori      Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore      Electronically Recorded: 2:09:55 - 2:37:50
CSO: B. Pereda / P. Taijeron

**APPEARANCES:**
Defendant: Brett Montgomery Halstead      Attorney: John Gorman
☒ Present ☐ Custody ☐ Bond ☒ P.R.      ☒ Present ☐ Retained ☒ FPD ☐ CJA
U.S. Attorney: Karon Johnson      U.S. Agent:
U.S. Probation: Rosanna Villagomez-Aguon      U.S. Marshal: G. Perez / V. Roman
Interpreter:      Language:

**PROCEEDINGS: Change of Plea**
- Pen and ink changes made to the plea agreement.
- Defendant sworn and examined.
- Defendant arraigned and advised of his rights, charges and penalties.
- Defendant consented to enter his plea before a U.S. Magistrate Judge.
- Plea entered: Guilty
- Report and Recommendation executed by the Court.
- Sentencing set for: March 19, 2007 at 10:00 A.M.
- Presentence Report due to the parties: January 24, 2007.
- Presentence Report due to the Court: March 2, 2007.
- Court and parties addressed the alleged violations. Defendant released as previously ordered.

NOTES: