1

2

3 **FILED**

4 DISTRICT COURT OF GUAM

DEC 21 2006

5

MARY L.M. MORAN
6 CLERK OF COURT

7

IN THE UNITED STATES DISTRICT COURT
8
FOR THE TERRITORY OF GUAM
9

10

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 06-00055 |

11
Plaintiff,

12 **REPORT AND RECOMMENDATION**
vs. **CONCERNING PLEA OF GUILTY**
13 **IN A FELONY CASE**
BRETT MONTGOMERY HALSTEAD,
14
Defendant.
15

16

17        The defendant, by consent, has appeared before me pursuant to Rule 11, Fed. R.

18 Crim. P., and has entered a plea of guilty to an Indictment charging him with Alien Smuggling,

19 in violation of 8 U.S.C. § 1324(a)(2)(B)(ii).  After examining the defendant under oath, I have

20 determined that the defendant is fully competent and capable of entering an informed plea, that

21 the guilty plea was intelligently, knowingly and voluntarily made, and that the offense charged

22 is supported by an independent basis in fact establishing each of the essential elements of such

23 ///

24 ///

25 ///

26 ///

27 ///                     ORIGINAL

28 ///

1  offense. I therefore recommend that the plea of guilty be accepted and that the defendant be

2  adjudged guilty and have sentence imposed accordingly.

3      IT IS SO RECOMMENDED.

4      DATED this _20th_ day of December 2006.

JOAQUIN V.E. MANIBUSAN, JR.
United States Magistrate Judge

## NOTICE

**Failure to file written objections to this Report and Recommendation within ten (10) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. § 636(b)(1)(B).**