bretthalsteadseal
LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
Tel: (671) 472-7332/7283
Fax: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
DEC 22 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 06-00055 |
| Plaintiff, | |
| vs. | APPLICATION TO SEAL RECORD |
| BRETT MONTGOMERY HALSTEAD, | |
| Defendant. | |

The United States moves this Honorable Court for an order sealing the record in the above-entitled case for the reason that further investigation is still pending in this matter, which may be hindered by making this cause available for public scrutiny.

Respectfully submitted this 22nd day of December 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: /s/ Karon V. Johnson
KARON V. JOHNSON
Assistant U.S. Attorney