LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
Tel: (671) 472-7332/7283
Fax: (671) 472-7334

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT

# FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 06-00055 |
|---|---|
| Plaintiff, | ) |
| vs. | ) **ORDER SEALING RECORD** |
| BRETT MONTGOMERY HALSTEAD, | ) |
| Defendant. | ) |

Through an application to seal record having come before this Honorable Court and the Court finding good cause for the issuance of the order;

IT IS SO ORDERED that the record herein be sealed, *nunc pro tunc* to December 22, 2006.

December 27, 2006
DATE

**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**