ORIGINAL

bretthalsteadstp1

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332/7283
Fax: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
JAN 16 2007
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRETT MONTGOMERY HALSTEAD,<br><br>Defendant. | CRIMINAL CASE NO. 06-00055<br><br>**UNITED STATES MOTION TO UNSEAL CASE** |

COMES NOW the United States of America, by and through undersigned counsel, and moves this Honorable Court for an order unsealing this case. Defendant pled guilty to alien smuggling December 20, 2006; sentencing was set for March 19, 2007. After his guilty plea, the Deputy Attorney General approved sealing the matter so he could attempt to render substantial assistance to the government. As a result of his cooperation, Jing Hua HE has been arrested. Defendant admitted using marijuana on November 27, 2006. The government was advised today that he has used illegal drugs twice in the last two weeks. It is the government's belief that he represents a danger to the community and can no longer be allowed to work with federal agents.

//
//

Accordingly, this matter should be unsealed, and the Probation Office allowed to proceed with the presentence investigation.

Respectfully submitted this __16th__ day of January, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: /s/ Karon V. Johnson
KARON V. JOHNSON
Assistant U.S. Attorney