FILED
DISTRICT COURT OF GUAM
JAN 22 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 06-00055 |
| Plaintiff, ) | |
| ) | **REQUEST TO CONTINUE** |
| vs. ) | **SENTENCING HEARING** |
| ) | |
| BRETT MONTGOMERY HALSTEAD, ) | |
| Defendant. ) | |

COMES NOW, the United States Probation Officer and respectfully requests the Honorable Court for an Order to continue the Sentencing Hearing set for March 19, 2007 at 10:00 a.m. The instant case was sealed on December 22, 2006 at the request of the United States, but who did not move to vacate the Sentencing Hearing previously set by the Honorable Court on December 20, 2006. The omission to vacate date of the Sentencing Hearing caused a delay of the presentence report, due to the parties on January 24, 2007, when the case was unsealed on January 19, 2007. The request to continue Sentencing Hearing will enable the United States Probation Officer to comply with the <u>Sentencing Procedures</u> in General Order 98-00002.

FRANK MICHAEL CRUZ
Chief United States Probation Officer
Districts of Guam and NMI

DATE: 1/22/07    By: _[signature]_
CHRISTOPHER J. DUENAS
United States Probation Officer

**ORIGINAL**