IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 06-00055 |
| Plaintiff, | ) | |
| vs. | ) | **ORDER TO CONTINUE SENTENCING HEARING** |
| BRETT MONTGOMERY HALSTEAD, | ) | |
| Defendant. | ) | |

Based on the United States Probation Officer's request to continue Sentencing Hearing, **IT IS SO ORDERED** that the Sentencing Hearing currently scheduled for March 19, 2007 is hereby rescheduled to April 25, 2007 at 10:00 a.m. The presentence report shall be provided to the parties no later than February 28, 2007. The parties shall file their responses to the presentence report no later than March 16, 2007. The final presentence report, addendum, and sentence recommendation shall be submitted to the Court and parties no later than April 9, 2007.

SO ORDERED this 23rd day of January, 2007.

FRANCES M. TYDINGCO-GATEWOOD
U.S. Chief District Judge

ORIGINAL