PS 8
(8/88)

# United States District Court

for

THE DISTRICT OF GUAM

U.S.A. vs:    **BRETT MONTGOMERY HALSTEAD**    Docket No.    CR 06-00055-001

### Petition for Action on Conditions of Pretrial Release

COMES NOW ___Melinda N. Brunson___ PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant ___Brett Montgomery Halstead___ who was placed under pretrial release supervision by the ___Joaquin V.E. Manibusan, Jr.___ sitting in the court at ___Hagatna, Guam___ on the ___17th___ date of ___November___, 20 ___06___ under the following conditions:

*Please refer to Order Setting Conditions of Release, filed November 17, 2006*

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

(If short insert here; if lengthy write on separate sheet and attach)

*The defendant is in violation 18 U.S.C. § 3142(c)(B)(ix)*

*Please see attached Declaration in Support of Petition.*

FILED
DISTRICT COURT OF GUAM
JAN 30 2007
MARY L.M. MORAN
CLERK OF COURT

PRAYING THAT THE COURT WILL

Pursuant to 18 U.S.C. §3148, order that a summons be issued for the defendant, and that this matter be set for a hearing, and at that hearing, the defendant be held to answer or show cause why bail should not be revoked or why conditions of release should not be modified, or for any other matter for which the Court may deem just and proper.

ORDER OF COURT

Considered and ordered this ___29th___ day of ___January___, 20 ___07___ and ordered filed and made a part of the records in the above case.

_____
U.S. District Judge/Magistrate

Respectfully,
Melinda N. Brunson
U.S. Pretrial Services Officer

Place:    Garapan, Saipan

Date:    January 25, 2007

RECEIVED
JAN 26 2007
DISTRICT COURT OF GUAM
HAGATNA, GUAM

ORIGINAL

**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF GUAM**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL CASE NO. 06-00055-001 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **DECLARATION IN SUPPORT OF PETITION** |
| | ) | |
| BRETT MONTGOMERY HALSTEAD | ) | |
| Defendant. | ) | |
| | ) | |

**Re:  Violation of Pretrial Release Conditions; Request for Summons**

I, Melinda N. Brunson, am the U.S. Probation Officer assigned to supervise the Court-ordered conditions of pretrial release for Brett Montgomery Halstead, and in that capacity declare as follows:

On November 17, 2006, Mr. Brett Montgomery Halstead made an Initial Appearance on an Indictment charging him with Alien Smuggling, in violation of 8 U.S.C. § 1324(a)(2)(B)(ii), 18 U.S.C. § 2, and 6 U.S.C. §§ 251 and 557. On that same day, he was released on pretrial supervision with conditions to include: that he report to the U.S. Probation Office and U.S. Immigration and Customs Enforcement as directed; that he maintain or actively seek employment; that he not leave Guam or Saipan without permission of the Court; that he avoid all contact, directly or indirectly, with any persons who are or who may become a victim or potential witness in the subject investigation or prosecution, unless under the supervision of U.S. Immigration and Customs Enforcement; that he refrain from possessing a firearm, destructive device, or other dangerous weapon; that he refrain from excessive use of alcohol; that he refrain from use or unlawful possession of a narcotic drug or other controlled substances as defined in 21 U.S.C. § 802, unless prescribed by a license medical practitioner; that he submit to any method of testing required by the pretrial services officer or supervising officer for determining whether the defendant is using a prohibited substance; that he refrain from obstructing or attempting to obstruct to tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or electronic monitoring which is required as a condition of release; and that he report as soon as possible, to the pretrial services office or supervising officer, any contact with any law enforcement personnel, including, but not limited to, any arrest, questioning, or traffic stop. The defendant was also permitted to return to his home in Saipan, Commonwealth of the Northern Mariana Islands.

DECLARATION IN SUPPORT OF PETITION
Violation of Pretrial Release Conditions; Request for Summons
Re: HALSTEAD, Brett Montgomery
USDC Cr. Cs. No. 06-00055-001
January 25, 2007
Page 2

On December 20, 2006, an Informational Report was submitted to the Court for a November 29, 2006 positive drug test for marijuana. It was recommended that no action be taken at that time.

On December 20, 2006, the defendant entered a guilty plea to the Indictment and sentencing was set for March 19, 2007. During this hearing, the Court also addressed a second violation of illicit drug use. Mr. Halstead had tested positive on December 7, 2006 for amphetamine, methamphetamine, and marijuana. The Court admonished Mr. Halstead and continued release. The case was sealed on December 22, 2006. On January 17, 2007, the case was unsealed upon a request by the government due to the defendant's continued drug use.

Mr. Halstead is alleged to have violated the following conditions:

**Special condition:** *Refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. §802, unless prescribed by a licensed medical practitioner [18 U.S.C. § 3142(c)(B)(ix)].*

On December 28, 2006, this Officer met with the defendant and U.S. Immigration and Customs Enforcement Special Agent Michael Hernandez to conduct a urinalysis. The test was presumptive positive for amphetamine and methamphetamine. The defendant denied use of any illicit substances, and the specimen was packaged and sent to Scientific Testing Laboratories, Inc. for analysis. On January 5, 2007, the laboratory results returned, which confirmed the positive test result for amphetamine and methamphetamine. This Officer attempted to schedule a compliance meeting through Special Agent Hernandez. However, due to the sealed nature of this case and scheduling conflicts, SA Hernandez has been unable to arrange a meeting with the defendant. This is the defendant's third incident of illicit drug use.

**Supervision Compliance:** This Officer has no information that suggests that the defendant is not in compliance with other conditions of pretrial release.

**Recommendation:** It is requested that a summons be issued pursuant to 18 U.S.C. § 3148, for the defendant's appearance at a hearing scheduled by the Court, and at that hearing, the defendant be held to answer or show cause why bail should not be revoked or why his conditions of release should not be modified, or for any other reason for which the Court may deem just and proper.

I declare, under penalty of perjury, that the foregoing is true and correct, except those matters stated upon information and belief, and as to those matters, I believe them to be true.

DECLARATION IN SUPPORT OF PETITION
Violation of Pretrial Release Conditions; Request for Summons
Re:   HALSTEAD, Brett Montgomery
USDC Cr. Cs. No. 06-00055-001
January 25, 2007
Page 3

Executed this 25th day of January 2007, at Garapan, Saipan, in conformance with the provisions of 28 U.S.C. § 1746.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: _____
MELINDA N. BRUNSON
U.S. Probation Officer

Reviewed by:

_____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc:   Karon V. Johnson, AUSA
      John Gorman, Federal Public Defender
      File