JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
BRETT MONTGOMERY HALSTEAD

FILED
DISTRICT COURT OF GUAM
JAN 3 1 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 06-00055 |
| ) | |
| Plaintiff, ) | STIPULATION EXTENDING PRETRIAL |
| ) | CONDITIONS REVOCATION HEARING |
| vs. ) | DATE |
| ) | |
| BRETT MONTGOMERY HALSTEAD, ) | |
| ) | |
| Defendant. ) | |
| ) | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that the Pretrial Conditions Revocation Hearing currently scheduled for February 6, 2007 at 10:30 a.m., be continued for three days to February 9, 2007 or a date convenient for the Court's calendar. The parties request this three day continuance as defense counsel will be off-island for business purposes from February 3 - 7, 2007.

//

//

//

ORIGINAL

IT IS SO STIPULATED:

DATED: Mongmong, Guam, January 30, 2007.

_____  
JOHN T. GORMAN  
Attorney for Defendant  
SEUNG WON LIM

_____  
KARON V. JOHNSON  
Attorney for Plaintiff  
UNITED STATES OF AMERICA

2