JOHN T. GORMAN
Federal Public Defender
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111

Attorney for Defendant
BRETT MONTGOMERY HALSTEAD

IN THE DISTRICT COURT OF GUAM
FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 06-00055 |
| Plaintiff, | |
| vs. | ORDER |
| | Approving Stipulation to Extend Pretrial |
| BRETT MONTGOMERY HALSTEAD, | Conditions Revocation Hearing Date |
| Defendant. | |

The Stipulation filed on January 31, 2007, to continue the Defendant's Pretrial Conditions Revocation Hearing is hereby approved. The hearing previously scheduled for February 6, 2007, is hereby moved to **Friday, February 9, 2007, at 10:30 a.m.**

DATED: Hagatna, Guam, January 31, 2007.

**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**