AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF     GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>**BRETT MONTGOMERY HALSTEAD**<br><br>(Name and Address of Defendant) | **SUMMONS IN A CRIMINAL CASE**<br><br>Case Number:   **CR-06-00055** |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| **District Court of Guam**<br>4th Floor, U.S. Courthouse<br>520 West Soledad Avenue | 413 |
| | Date and Time |
| Before:   **HONORABLE JOAQUIN V. E. MANIBUSAN, JR.** | **Tuesday, February 6, 2006 at 10:30 a.m.** |

To answer a(n)
☐ Indictment    ☐ Information    ☐ Complaint    ☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    **X** Violation Notice

Charging you with a violation of Title   **18**   United States Code, Section(s)   **3148**

Brief description of offense:

SEE PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE AND ORDER FILED SEPARATELY ON JANUARY 30, 2007.

**RECEIVED**
FEB 02 2007
US MARSHALS SERVICE-GUAM

**FILED**
DISTRICT COURT OF GUAM
FEB -5 2007
MARY L.M. MORAN
CLERK OF COURT

*(signature)* Marilyn B. Alcon

**MARILYN B. ALCON, Deputy Clerk**
Name and Title of Issuing Officer      Signature of Issuing Officer

**January 30, 2007**
Date

ORIGINAL

Case 1:06-cr-00055    Document 29    Filed 02/05/2007    Page 1 of 2

AO83 (Rev. 10/03) Summons in a Criminal Case

# RETURN OF SERVICE

| | Date 2/5/07 |
|---|---|
| Service was made by me on:[1] | |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant at:

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☒ Returned unexecuted: Individual resides in Saipan.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  2/5/07
            Date

_____
Name of United States Marshal

_____
(by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.