
UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF GUAM

| | |
|---|---|
| United States of America,<br>    Plaintiff,<br><br>vs.<br><br>HALSTEAD, Brett Montgomery,<br>    Defendant. | USDC Cr. Cs. No. 06-00055-001<br><br>**SUPPLEMENTAL**<br>**DECLARATION IN SUPPORT OF PETITION** |

    I, U.S. Probation Officer Melinda N. Brunson, am the U.S. Probation Officer assigned to supervise the Court-ordered conditions of pretrial release for Brett Montgomery Halstead, and in that capacity declare as follows:

    A violation petition and report were filed in the District Court of Guam on January 30, 2007. A hearing on the matter has been set for February 9, 2007 at 10:30 a.m.

    Upon the unsealing of this case, this Officer made repeated attempts to contact the Brett Halstead by calling his cellular phone, home phone, and work phone numbers. On January 25, 2007, Mr. Halstead contacted this Officer, and a compliance meeting was scheduled for Friday, January 26, 2007, at 1:00 in the afternoon. The defendant failed to report for the meeting, and did not call to explain his absence. This Officer continued to attempt to contact the defendant at several different phone numbers, but was unsuccessful.

    On January 31, 2007, a home visit was made to Brett Halstead's apartment in Garapan, Saipan, however, he was not home. His girlfriend, Yumiko Tanaka, was home and a message was left with her for him to contact this Officer immediately. To date, there has been no contact with Mr. Halstead.

**Recommendation:** This Probation Officer respectfully requests that this information be considered with the violation report filed January 30, 2007.

    Executed this _2nd_ day of February 2007, at Garapan, Saipan, in conformance with the provisions of 28 U.S.C. § 1746.

Supplemental Declaration in Support of Petition
Re: HALSTEAD, Brett Montgomery
USDC Cr. Cs. No. 06-00055-001
Page 2

I declare, under penalty of perjury, that the foregoing is true and correct, except those matters stated upon information and belief, and as to those matters, I believe them to be true.

Respectfully submitted,

MELINDA N. BRUNSON
U.S. Probation Officer

Reviewed by:

ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc: Karen V. Johnson, AUSA
John Gorman, Defense Counsel
File