# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: CR-06-00055 　　　　　　　　　DATE: February 09, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori　　　　　　　Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore　　Electronically Recorded: 10:35:47 - 10:40:29
CSO: B. Benavente

**APPEARANCES:**

Defendant: Brett Montgomery Halstead　　　Attorney: John Gorman
☑ Present ☐ Custody ☐ Bond ☑ P.R.　　　☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Karon Johnson　　　　　　　U.S. Agent:
U.S. Probation: Rosanna Villagomez-Aguon　U.S. Marshal: None Present
Interpreter:　　　　　　　　　　　　　　　Language:

**PROCEEDINGS: Initial Appearance and Order to Show Cause Why Pretrial Release Conditions Should Not be Revoked**

- Defendant admits to the allegations.
- The Court revoked defendant's release.

NOTES:

