ORIGINAL

FILED
DISTRICT COURT OF GUAM
MAR 23 2007
MARY L.M. MORAN
CLERK OF COURT

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortes
Hagåtña, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. BRETT MONTGOMERY HALSTEAD, Defendant. | CRIMINAL CASE NO. 06-00055 GOVERNMENT'S STATEMENT ADOPTING PRESENTENCE REPORT, AND MOTION FOR SUBSTANTIAL-ASSISTANCE DEPARTURE |

Pursuant to General Order 88-1, as amended by General Orders 93-00006 and 98-00002, the United States adopts the findings of the Presentence Report for the above defendant.

The United States hereby moves this Honorable Court for a departure from the mandatory minimum term of 36 months, as provided by 18 U.S.C. § 3553(c), on the basis that defendant has rendered substantial assistance to the government in its investigation of alien smuggling.

The government is filing under seal a separate sentencing memorandum concerning the details of that cooperation. The government is recommending that defendant receive a sentence of 24 months incarceration.

RESPECTFULLY SUBMITTED this __23rd__ day of March, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
KARON V. JOHNSON
Assistant U.S. Attorney