LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortes
Hagåtña, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for the United States of America

ORIGINAL

**FILED**
DISTRICT COURT OF GUAM
MAR 23 2007
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 06-00055 |
| Plaintiff, ) | **GOVERNMENT'S MOTION TO FILE SENTENCING MEMORANDUM UNDER SEAL** |
| vs. ) | |
| BRETT MONTGOMERY HALSTEAD, ) | |
| Defendant. ) | |

COMES NOW the United States of America, by and through undersigned counsel, and moves this Honorable Court for an Order allowing it to file its sentencing memorandum under seal. The government makes this motion because the memorandum explains in detail the reasons that it is seeking a substantial assistance downward departure for defendant. It believes the nature of the information has the potential of resulting in retaliation to the defendant.

RESPECTFULLY SUBMITTED this 23rd day of March, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: /s/ Karon V. Johnson
KARON V. JOHNSON
Assistant U.S. Attorney