LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortes
Hagåtña, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 06-00055 |
| ) | |
| Plaintiff, ) | **ORDER TO FILE SENTENCING** |
| ) | **MEMORANDUM UNDER SEAL** |
| vs. ) | |
| ) | |
| BRETT MONTGOMERY HALSTEAD, ) | |
| ) | |
| Defendant. ) | |
| ) | |

IT IS HEREBY ORDERED that the United States may file its sentencing memorandum under seal and remain sealed until the conclusion of the case.

**/s/ Frances M. Tydingco-Gatewood**
    **Chief Judge**
**Dated: Mar 23, 2007**