JOHN T. GORMAN
Federal Public Defender
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111

Attorney for Defendant
BRETT MONTGOMERY HALSTEAD

IN THE UNITED STATES DISTRICT COURT
FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) CR 06-00055 |
|---|---|
| Plaintiff, | ) ORDER re: VISITATION FOR |
| vs. | ) HALSTEAD FAMILY MEMBERS |
| BRETT MONTGOMERY HALSTEAD, | ) |
| Defendant. | ) |

IT IS SO ORDERED that the following immediate family members from Saipan, CNMI, be allowed visitation privileges for BRETT MONTGOMERY HALSTEAD at the Hagatna Detention Facility on Sunday, May 6, 2007 during regular visitation hours:

Mother: Maria Halstead

Wife: Tomiko Halstead

Daughter: Leah Halstead

Sister: Pamela Halstead

SO ORDERED.



/s/ Frances M. Tydingco-Gatewood
    Chief Judge
**Dated: May 04, 2007**