# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# SENTENCING

CASE NO.: CR-06-00055-001            DATE: May 04, 2007

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Kim R. Walmsley        Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez   Electronically Recorded: 10:59:51 - 11:30:35
                                                               (11:04:30 - 11:11:18
                                                               sealed portion)

CSO: L. Ogo

**APPEARANCES:**
Defendant: Brett Montgomery Halstead      Attorney: John Gorman
☑ Present ☑ Custody ☐ Bond ☐ P.R.      ☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Karon Johnson             U.S. Agent: M. Hernandez, I.C.E.
U.S. Probation: Maria Cruz                U.S. Marshal: V. Roman / T. Muna
Interpreter:                                   Language:

**PROCEEDINGS: Sentencing**
- Government's Motion for downward departure granted.
- Defendant committed to the Bureau of Prisons for a term of 24 months, with credit for time served. While in prison, the defendant shall participate in the 500 hour Intensive Drug Treatment Program and vocational and educational programs approved by the Bureau of Prisons.
- Upon release from imprisonment, defendant is placed on supervised release for a term of 3 years, with conditions (refer to Judgment for conditions of supervised release).
- All fines waived by the Court.
- Defendant was ordered to pay a special assessment fee of $100.00 to be paid immediately after sentencing.
- Court stated the justification of the sentence imposed.
- Defendant advised of appeal rights.
- Defendant remanded to the custody of the U.S. Marshals Service.

NOTES:

   Defense's oral motion for family members to be allowed visitation was granted.